Richard GRIMM, Appellant,

v.

The STATE of Texas, Appellee.

No. 288–82.

Court of Criminal Appeals of Texas,
En Banc.

Nov. 17, 1982.

Thomas W. Watson, Angleton, on appeal only, for appellant.

Jim Mapel, Dist. Atty., and Erik S. Goodman, Asst. Dist. Atty., Angleton, Robert Huttash, State's Atty. and Alfred Walker, Asst. State's Atty., Austin, for the State.

### ORDER

PER CURIAM.

It now appearing that the decision to grant discretionary review was improvident, the appellant's petition for discretionary review is hereby refused.